UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PATRICIA A. GRANT, PhD            No. C15 1713 JLR
       Plaintiff

vs.

STATE OF WASHINGTON ET. AL.
       Defendants.

## NOTICE OF CIVIL APPEAL

Notice is hereby given that Patricia A. Grant, PhD appeals to the United States Court of Appeals for the Ninth Circuit from Judge James L. Robart's order of State and Judicial Defendant's dismissals, entered in this action on January 15, 2016, Medical Defendant's dismissals, entered into this action on May 9, 2016 and June 7, 2015.

Respectfully Submitted

June 7, 2016, Olympia, WA

*[signature: Patricia A. Grant]*

PATRICIA A. GRANT, PHD-PRO SE
1001 COOPER POINT RD, #140-231
OLYMPIA WA, 98502
(210) 543-2331

## CERTIFICATE OF SERVICE

      I certify that on June 7, 2016, I electronically filed the foregoing with the Clerk of the United State District Court, Western District of Washington at Seattle, via the CM/ECF system, which will send notification of such filing to the following:

David J. Corey, Esq. WBSA#26683
Floyd Pflueger & Ringer, PS
200 West Thomas, Suite 500
Seattle, Washington 98119
**For: Defendants Richard C. Thirlby &**
**Virginia Mason Health System**

Timothy L. Ashcroft, Esq. WBSA#26196
 Fain Anderson VanDerhoef
Rosendahl O'Halloran Spillane, PLLC
 1301 A. Street, Suite 900
Tacoma, WA 98402
**For: Defendants Claudio Alperovich, &**
**Franciscan Health System**
**d/b/a St. Francis Hospital**

Timothy E. Allen, Esq. WBSA#35337
Bennett Bigelow & Leedom, P.S.
601 Union Street, Suite 1500
Seattle, WA 98101
**For: Michael K. Hori, M.D.**

Keating, Bucklin & McCormack, Inc., P.S
800 Fifth Avenue, Suite# 4141
Seattle, WA 98104-3175
**For: Michelle Pulling, MD**
**University of Washington**

Donna M. Moniz, WSBA#12762
Eugene A. Studer, WSBA#20175
Johnson, Graffe, Keay, Moniz & Wick LLP
925 Fourth Ave, Suite 2300
Seattle, WA 98104
**For: Triet M. Nguyen, DO**
**& King County Public Hospital District No. 1**
**d/b/a Valley Medical Center**

Steven F. Fitzer, WSBA #6792
Bertha B. Fitzer, WSBA #12184
Fitzer, Leighton, & Fitzer, P.S.
1102 Broadway, Suite 401
Tacoma, WA 98402-3526
**For: Pacific Medical Center, Inc., Lisa Oswald MD,**
**Shoba Krishnamurthy, MD, WM Richard Ludwig, MD.**
**U.S. Family Health Plan at Pacific Medical Center, Inc.**

Dated at Olympia, WA, this 7th day of June 2016.

*Patricia A. Grant* (signature)
PATRICIA A. GRANT, PHD PRO SE
1001 COOPER POINT RD, SW#140-231
OLYMPIA WA, 98502,(210) 543-2331