## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA A. GRANT,<br><br>           Plaintiff,<br><br>   v.<br><br>CLAUDIO GABRIEL ALPEROVICH, et al.,<br><br>           Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C15-1713JLR |

\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's claims against Defendants Justices Gonzalez, Owens, Yu, Madsen, and Stephens; Judges White, Cox, Dwyer, and Spearman; Attorney General Bob Ferguson, Deputy Solicitor General Jeffery Even; the Washington Commission on Judicial Conduct; and Judges McDermott, Craighead, and Carey are DISMISSED WITH PREJUDICE (Dkt. # 13).

Plaintiff's federal claims against Defendants Triet M. Nguyen, Valley Medical Center, Michael K. Hori, Claudio Gabriel Alperovich, Franciscan Health System, Richard C. Thirlby, Virginia Mason Health System, Shoba Krishnamurthy, Richard

Ludwig, Lisa Oswald, Pacific Medical Center, Inc., U.S. Family Health Plan at Pacific Medical Center, Michele Pulling, and the University of Washington School of Medicine are DISMISSED WITH PREJUDICE (Dkt. ## 100, 108).

Plaintiff's state law claims against Defendants Michael K. Hori, Claudio Gabriel Alperovich, Franciscan Health System, Richard C. Thirlby, Virginia Mason Health System, Shoba Krishnamurthy, Richard Ludwig, Lisa Oswald, Pacific Medical Center, Inc., and U.S. Family Health Plan at Pacific Medical Center are DISMISSED WITH PREJUDICE (Dkt. ## 100, 108).

Plaintiff's state law claims against Defendants Triet M. Nguyen, Valley Medical Center, Michele Pulling, and the University of Washington School of Medicine are DISMISSED WITHOUT PREJUDICE (Dkt. ## 100, 108).

Filed this 7th day of June, 2016.

                                            WILLIAM M. MCCOOL
                                            Clerk of Court

                                            s/Casey Condon
                                            Deputy Clerk