UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PATRICIA A. GRANT, Ph. D., PhD,

　　　　　Plaintiff - Appellant,

　v.

JAY WHITE, Judge, MRJC Superior
Court of King County, WA; et al.,

　　　　　Defendants - Appellees.

No. 16-35473

D.C. No. 2:15-cv-01713-JLR
U.S. District Court for Western
Washington, Seattle

**MANDATE**

　　　The judgment of this Court, entered November 20, 2017, takes effect this

date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　By: Jessica F. Flores Poblano
　　　　　　　　　　Deputy Clerk
　　　　　　　　　　Ninth Circuit Rule 27-7